**Alexander YakovLev**
201 Brighton First Road #6A
Brooklyn, NY 11235

My phone: 646-543-4659

Judge Harold Baer
500 Pearl St 22 Fl. #2230
NY, NY 10007

Fax: **212-805-7901**

12cv7792

Your Honor, I found where we can obtain copies of the medical documents, from the examination, arranged by MetLife. They sent me to the doctors who work for Federal Social Security Disability program, and medical examination was also arranged though Social Security Disability workflow. And I was able to find direct fax number of that office. It is: 718-236-3026.

I faxed to them my request (enclosed) on October 7. It looks that because of the recent government shutdown they have lost my request, so I faxed it once again, today. Could you, please, also fax this request to them, with your petition.

And, please, give me more time for obtaining these medical records. Probably, they will not arrive by October 30, when you wanted to see me. I will notify the other party about this time change.

Thank you very much, and I hope, we will obtain medical file soon. It is the one we need medical examination, arranged by MetLife, according to their policies.

[RECEIVED OCT 25 2013 PRO SE stamp]

Alexander YakovLev

2013-10-23

**Alexander YakovLev**
201 Brighton First Road #6A
Brooklyn, NY 11235

My Social Security Disability # 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

To: Brooklyn Social Security Administration
Fax: **718-236-3026**

I am a recipient of Federal Social Security Disability program. All my copies of medical documentation I gave to a counselor, to complete my disability case with MetLife. Unfortunately, my councilor passed away, and I cannot find the medical examination documents from the time I applied for disability.

They send me to the doctors, who work for Federal Social Security Disability program - so your office must have copy of all these records. Could you please help me to obtain these copies and send them directly to:

**Honorable Harold Baer**
**500 Pearl Street, Suite 2230**
**NY, NY 10007**
    Fax: 212-805-7901, Phone: 212-805-0184

If need be, I agree to pay the copying expenses. Credit Card or Certified Check are preferable for me, because with my disability it is not so easy to visit offices. Please free to call my number: 646-543-4659 with any questions.

If for any reason, you cannot send my medical documents to Harold Baer's office – then send them to my address (but my mail carrier is not reliable).

Thank you very much, and hope to hear from you really soon.

Alexander YakovLev

2013-10-07