```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- x
ALEXNADER YAKOVLEV,                      :
                                         :
              Plaintiff,                 :
                                         :
         -v-                             :    12 Civ. 7792(JSR)
                                         :
METLIFE INSURANCE COMPANY OF             :    ORDER
CONNECTICUT,                             :
                                         :
              Defendant.                 :
---------------------------------------- x
```

7/21/14

JED S. RAKOFF, U.S.D.J.

In this case, reassigned from the late Judge Baer, the Court has been informed that plaintiff's attorney, Albert Rudgayzer, Esq., passed away in May 2013. Despite notable efforts by Judge Baer in September 2013 to identify new counsel, no new counsel has appeared as of July 17, 2014. Accordingly, this case is dismissed for lack of prosecution. The Clerk of the Court is directed to close this case and enter final judgment.

SO ORDERED.

Dated: New York, NY
       July 17, 2014

JED S. RAKOFF, U.S.D.J.