```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/21/2014
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
ALEXANDER YALOVLEV,

                       Plaintiff,                   12 **CIVIL** 7792 (JSR)

       -against-                          **FINAL JUDGMENT**

METLIFE INSURANCE COMPANY OF
CONNECTICUT,
                    Defendant.
------------------------------------------------------------X

      Whereas the above-captioned action having been reassigned to this Court from the late Judge Baer; the Court having been informed that plaintiff's attorney, Albert Rudgayzer, Esq., having passed away in May 2013; despite notable efforts by Judge Baer in September 2013 to identify new counsel, no new counsel having appeared as of July 17, 2014, and the matter having come before the Honorable Jed S. Rakoff, United States District Judge, and the Court, on July 17, 2014, having rendered its Order dismissing this case for lack of prosecution, and directing the Clerk of the Court to enter final judgment and close this case, it is,

      **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated July 17, 2014, this case is dismissed for lack of prosecution; accordingly, the case is closed.

**Dated:** New York, New York
         July 21, 2014

                                                  **RUBY J. KRAJICK**
                                                       Clerk of Court
                                     BY:
                                                       **Deputy Clerk**

                                                     **THIS DOCUMENT WAS ENTERED**
                                                     **ON THE DOCKET ON** _____